**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN  DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        No. 4:07CR00133-02 JLH

JOHN KENNETH PORCHIA, JR.                                              DEFENDANT

## ORDER

John Kenneth Porchia, Jr., has filed a motion to dismiss his petition for relief under 28

U.S.C. § 2255.  That motion is granted.  Document #158.  John Kenneth Porchia, Jr.'s motion under

28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is dismissed.  Documents #127 and

#129.

IT IS SO ORDERED this 11th day of January, 2012.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE